

FILED

JUN 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 1:11-CR-00447-LJO
                           )
            Plaintiff,     ) ORDER OF RELEASE
                           )
    vs.                    )
                           )
JOHN MENDOZA,              )
                           )
            Defendant.     )
_____)

The above named defendant having been sentenced to TIME SERVED on June 25, 2012.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: June 25, 2012           _____
                               HONORABLE LAWRENCE J. O'NEILL
                               U.S. DISTRICT JUDGE

1