BENJAMIN B. WAGNER
United States Attorney
DAWRENCE W. RICE, Jr.
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00447-LJO |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| JOHN MENDOZA, | ) | |
| Defendant. | ) | |

WHEREAS, on June 14, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(G)and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant John Mendoza forfeiting to the United States the following property:

    a.    SKS Rifle, 7.62 Caliber, Serial Number 146999;
    b.    American Tactical, 12 Gauge Semiautomatic Shotgun, Serial Number 5000771;
    c.    Stevens Model 87a, .22 Caliber Rifle, Serial Number 2094577;
    d.    Xd40 Springfield, .40 Caliber Semiautomatic Pistol Serial Number us224117;
    e.    Bersa, .380 Caliber Semiautomatic Pistol, Serial Number b45617;
    f.    Revovler, .22 Caliber, Serial Number 120341
    g.    Hi Point, .380 Caliber Semiautomatic Pistol,

      Serial Number p893250;
  h. M91, 7.62 Caliber Rifle, Serial Number
    c31975;
  i. Maverick, 12 Gauge Shotgun, Serial Number
    mv92853h;
  j. Mossberg, 817 Rifle, Serial Number
    hig3038089;
  k. 230 Rounds of 12 Gauge Shotgun Ammunition;
  l. 2,375 Rounds of .22 Caliber Ammunition;
  m. 350 Rounds of .17 Caliber Ammunition;
  n. 1,942 Rounds of 7.62 Caliber Ammunition;
  o. 600 Rounds of .380 Caliber Ammunition;
  p. 550 Rounds of .40 Caliber Ammuntion;
  q. 40 Rounds of .380 Special Caliber Ammuntion;
    and,
  r. 1,260 Rounds of an Unknown Caliber
    Ammunition.

  AND WHEREAS, beginning on June 20, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(G)and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of David Adrian Britt.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Federal Bureau of Investigation shall maintain custody

of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   August 30, 2012**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE